# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William James Gallenardo,<br><br>   Petitioner,<br><br>v.<br><br>Unknown Gutierrez,<br><br>   Respondent. | No. CV-22-00357-TUC-SHR<br><br>**Order Accepting Report & Recommendation With No Objections** |

On June 14, 2023, Magistrate Judge Angela M. Martinez issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss Petitioner William James Gallenardo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") for lack of jurisdiction. (Doc. 23.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.*) No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Petition (Doc. 1), the Respondent's Answer (Doc. 13),

Petitioner's Reply (Doc. 21), and Judge Martinez's R&R (Doc. 23). The Court finds the R&R well-reasoned and agrees with Judge Martinez's conclusion that the Court lacks jurisdiction over the Petition.

**IT IS ORDERED** the R&R (Doc. 23) is **ACCEPTED** and Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and **close this case**.

Dated this 4th day of August, 2023.

Honorable Scott H. Rash
United States District Judge